Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BRADISH J. CARROLL, Appellant, v. GEORGE C. LUEBBERS, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JONAS STERN, Appellant.— Judgments affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

EDWIN D. KOHN, Respondent, v. MAURY M. TEPPER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NATIONAL DRAMA CORPORATION, Respondent, v. WILLIAM C. BURNS and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw their demurrers respectively and to answer on payment of said costs and the costs awarded against each of them by the orders of the Special Term, denying their motions for judgment on the pleadings. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NATIONAL DRAMA CORPORATION, Respondent, v. WILLIAM C. BURNS, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NATIONAL DRAMA CORPORATION, Respondent, v. FRANK E. VANTINE, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.  .

NATIONAL DRAMA CORPORATION, Respondent, v. ROBERT A. NORRISS, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NATIONAL DRAMA CORPORATION, Respondent, v. CHARLES J. HOLLAND, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CHARLES F. YUENGLING, Appellant, v. ELEVATOR SUPPLY AND REPAIR COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.